# EXHIBIT A



## FRATELLI COSULICH, UNIPESSOAL S.A.

RUA QUEIMADA DE BAIXO, 5A - 1° ANDAR - 9000-068 FUNCHAL - MADEIRA - VAT PT511247052

**To:** **AMAGGI SA**
**Attn:** **FREDERIC BELPAIRE**
**Date:** **29TH OCTOBER 2018**

### AMENDED BUNKER CONFIRMATION FINAL QTY

| | |
|---|---|
| Vessel: | DAIWAN ELEGANCE |
| IMO Number: | 9697894 |
| Port: | NORFOLK |
| ETA: | 1ST NOVEMBER 2018 |
| Grade: | ISO 8217:2005 RMG 380 - 3.50% S MAX |
| Quantity: | 310 MT |
| Price: | USD 501.00 MTW |
| Grade: | ISO 8217:2017 DMA - 0.10% S MAX |
| Quantity: | 60 MT |
| Price: | USD 782.00 MTW |
| BARGE: | USD 7618.75 LUMPSUM |
| Sellers: | FRATELLI COSULICH UNIPESSOAL SA |
| Physical supplier: | BOMIN BUNKER OIL CORP |
| Buyer: | M/V DAIWAN ELEGANCE AND OR OWNERS AND/OR CHARTERERS AND /OR OPERATORS AND /OR AMAGGI SA |
| Agent: | BLUE WATER SHIPPING |
| Payment: | 30 DDD |
| Remarks: | agent/supplier to liaise for delivery<br>delivery charges<br>Norfolk, Chesapeake, Newport News, Richmond, and Portsmouth Virginia including Hampton Roads and Sewell's Point Anchorage<br>0000-0565 Metric Tons $7,618.75 Flat<br>0566-0628 Metric Tons $13.45 per M.T.<br>0629-1025 Metric Tons $8,464.00 Flat<br>1026-1632 Metric Tons $8.26 per M.T.<br>1633-2300 Metric Tons $13,483.75 Flat<br>2301-2493 Metric Tons $5.86 per M.T.<br>2494-3400 Metric Tons $14,628.00 Flat<br>Over 3400 Metric Tons $4.31 per M.T. |

MARPOL ANNEX VI: Sulphur content as per statutory regulations. Bunker Receipts to contain information as specified in regulation 18. Supplier to provide the ship a material safety data sheet (MSDS) for each grade to be supplied, in accordance with Annex 1 and Annex 2 of SOLAS regulation VI/5-1 in effect from 1 july 2009.

Any overtime, demurrage, wharfage, cancellation fees, downgrades, taxes and/ or other local fees, if applicable, are for buyers account unlessotherwise agreed upon in advance.

Marine fuels will be supplied with the express recognition that the procurement is authorized by the owner of the vessel. All sales will be considered ratified by the owner, agent, ship's master and charterer. No disclaimer stamp of any type or form, will be accepted on the bunker delivery receipt, nor,should any stamp be affixed, it will not alter, change or waive the sellers maritime lien against the vessel's ultimate responsibility for the debt incurredthrough this transaction. It is the responsibility of the buyer and/ or the buyers representative/ intermediary to inform vessel's owner of this contract andthe terms and conditions that apply to this sale. If we are not informed immediately, in writing, of owners rejection, the owner will be considered awareof and in acceptance of our terms and conditions of this sale.

This sale is subject to physical suppliers terms & conditions which are available upon request.
Thank you for your support