# EXHIBIT B

# Bunker Delivery Receipt

| | | | | |
|---|---|---|---|---|
| Name of Vessel | DAIWAN ELEGANCE | | IMO Number | 9697894 |
| Port of Delivery | Hampton Roads | | Barge/Truck Reference No. | B-200 |
| Flag | Panama | | Destination | |

| Grade | IFO | IFO | MDO | GASOIL |
|---|---|---|---|---|
| Product Name (ISO-8217) | RMG 380 | | | MGO DMA |
| Kin. Viscosity at 50 Deg C, cSt | 234.00 | | | 3.18 |
| Density at 15 Deg C, KG/M$^3$ | 990.16 | | | 873.9 |
| Sulfur content, % M/M | 1.85 | | | 0.02 |
| Net barrels | 1962.56 | | | 428.47 |
| Metric tons | 308.51 | | | 59.45 |
| Temperature, Deg F | 116.40 | | | 70.7 |
| Flash Point, Deg F | NOT LESS THAN 140 Deg F | | | |

Remarks:

Date/Time Barge/truck loaded: Commenced 2018/11/03/1730LT Finished 2018/11/03/2100LT

Date/Time Delivered: Commenced 2018/11/03/1820LT Finished 2018/11/03/2030LT

**Bunkers and representative sample(s) received in good order.**
The vessel is ultimately responsible for the debt incurred through this transaction. The Supplier's right to apply and enforce a maritime lien will not be altered, waived or impaired by the application of any disclaimer stamp.

Supplier declares that products delivered under this receipt are in conformance with Annex VI of MARPOL 73/78, regulations 14(1) and 18(1).

**STATE SALES TAX & FEDERAL EXCISE TAX EXEMPTION CERTIFICATES**
The purchaser hereby certifies that this vessel, operated by the undersigned, is engaged in the transportation of persons or property for compensation or hire in interstate or foreign commerce. Furthermore, this vessel operates neither on the inland waterways of the state fuel is delivered in our those of the United States. All fuel received will be used stricity as supplies for this vessel in connection with its business or operating as a private or common carrier.

**GAS OIL**
Dyed Diesel Fuel. For non-taxable use only. Penalty for taxable use.

X _____   X _____
Master/Chief Engineer        For Seller/Transporter

| Sample Distribution/Seal numbers | Vessel | Supplier | Vessel MARPOL | Supplier MARPOL |
|---|---|---|---|---|
| Grade: MGO | 246581 | 245101 | 246541 | 246536 |
| Grade: RMG | 246551 | 246574 | 246546 | 246546 |
| Grade: | | | | |

**Master's/Chief Engineer's signed written request**
The undersigned hereby requests that the following grades and quantities be delivered to:

Name of Vessel _____   Date _____

| Grade | IFO | IFO | MDO | GASOIL |
|---|---|---|---|---|
| Kin. Viscosity at 50 Deg C, cSt | 234 | | | 3.18 |
| Metric Tons | 308.51 | | | 59.45 |
| Required pumping rate, MT/hour | 200 | | | 60 |
| Order of discharge | 2nd | | | 1st |

The vessel is responsible for all hose connecting and disconnecting. Barge will lift hose to vessel's rail only. If vessel is unable to take delivery of the full quantity ordered, all expenses in connection with returning the oil to the installation shall be for buyer's account. The vessel's management is invited to appoint a representative to check and witness the opening and closing meter readings or tank dips. Supplier's measurements are final and binding.

**Warning**
The vessel's staff in charge of bunkering operations must NOT close valves on board without first giving ample warning to the attendant of the delivering facility. Any instructions from the vessel's staff, such as "ease down" or "stop" will be carried out immediately to avoid excessive pressure on the pipeline, which may cause hoses to burst. Prior to bunkering operations, every precaution must be taken to avoid contamination by oil spillage, such as the placing of drip pans, the closing of scuppers, etc. Any oil spillage will automatically be the sole responsibility of the receiving vessel if this warning is ignored. Any indication of contamination MUST be immediately reported to the relevant authorities by the staff of the delivering facility.